## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennie Manley, Katy Manley, | Civil No. 10-3941 (RHK/LIB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Country Mutual Insurance Company, | |
| Defendant. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 16, 2010

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge