# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Dennis Manley, Katy Manley,           Civil No. 10-3941 (RHK/LIB)

    Plaintiffs,                          **ORDER**

v.

Country Mutual Insurance Company,

    Defendant.

---

The Court has been informed by counsel (Doc. No. 8) that the above-entitled action was originally assigned incorrectly, as Plaintiff's county of residence was erroneously designated as Carlton County, Minnesota, on the civil cover sheet. Pursuant to the Order for Assignment of Cases, this matter should have been randomly assigned from the Civil Master List. Accordingly, **IT IS ORDERED**:

1. The Clerk of Court is directed to randomly reassign this matter in accordance with the District of Minnesota's Order for Assignment of Cases; and

2. The Order (Doc. No. 5) is **VACATED**.

Dated: November 5, 2010

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge